# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BROWSE3D LLC,**<br><br>Plaintiff<br><br>v.<br><br>**BURLINGTON COAT FACTORY DIRECT CORPORATION,**<br><br>Defendant | **Case No. 6:20-cv-00137**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Brwose3D LLC ("Browse3D" or "Plaintiff") files this Complaint for patent infringement against Defendants Burlington Coat Factory Direct Corporation ("Burlington" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

## PARTIES

2. Browse3D is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business 108 Wild Basin Rd South, Suite 250, Austin, Texas 78746.

3. Defendants Burlington is a corporation organized under the laws of the State of New Jersey and having a principal place of business at 1830 Route 130 N, Burlington, NJ 08016. Burlington owns and operates stores and locations in Texas, and

employs personnel at each such location, including a location at 6715 SIH 35 Frontage Rd, Austin, Texas 78744, located in the Western District of Texas.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because Defendants have committed acts of infringement and have regular and established places of business in this judicial district.

## COUNT I
## (Infringement of U.S. Patent No. 10,031,897)

7. Browse3D incorporates paragraphs 1 through 6 as though fully set forth herein.

8. Plaintiff is the owner, by assignment, of U.S. Patent No. 10,031,897 (the "'897 Patent"), entitled SYSTEM AND METHOD FOR WEB BROWSING, which issued on July 24, 2018. A copy of the '897 Patent is attached as Exhibit A.

9. The '897 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

10. Defendant hosts and provides an interactive website at https://www.burlington.com/ for advertising and promoting the sale of items to users of

the website. In use, Defendant tracts user behavior when interacting with the website, including selection of individual hyperlinks. Defendant uses the user behavior information to customize the rendering of webpages to present information to the user. The Defendant's system for hosting and operating the website is the Accused Product that infringes the '897 Patent.

11. At least by hosting, promoting, and publishing the website, Defendant encourages its customers, potential customers, and users of the website to use the website and practice the claimed methods, which Defendant controls the use of and derives a direct benefit and profit from.

12. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including Claim 5, of the '897 Patent by making and using Defendant's interactive website in the United States without authority. Defendant has infringed and continues to infringe the '897 Patent either directly or through the acts of inducement in violation of 35 U.S.C. § 271. Defendant has been on notice of the '897 Patent at least as early as the date it received service of this complaint.

13. Claim 5: A method for web browsing with a computer that comprises a display device, comprising:

    tracking browsing patterns of a user based on entries received from the user at the computer over a plurality of browsing sessions;

    storing a history of hyperlinks selected by the user from a particular web page presented on the display device during visitations of the user to the particular web page during the plurality of browsing sessions;

> determining a plurality of hyperlinks from the stored history of hyperlinks, wherein each hyperlink in the plurality of hyperlinks corresponds to a respective web page; and
>
> when the particular web page is revisited by the user in an other browsing session subsequent to said visitations:
>
> presenting for the display device a window that comprises a first area and a second area;
>
> presenting the particular web page in the first area of the window; and
>
> presenting the plurality of hyperlinks in the second area of the window, wherein each presented hyperlink is presented as a reduced size image associated with said corresponding respective web page, and wherein the reduced size images are presented in an arrangement that reflects prioritization of the corresponding respective web pages.

14. Burlington provides a method for web browsing with a computer that consists of a display device. A user can view, browse and purchase multiple items such as Men's active wear items on Burlington's website. As shown in the evidence, the user is browsing Mens Activewear during first session i.e., at 11:06 AM.



https://www.burlington.com/b/mens-activewear-63236.aspx

15. Burlington tracks browsing patterns of the user such as which pages and items they view, items they buy from online stores etc.



https://www.burlington.com/helpcenter/privacy-policy

COMPLAINT FOR PATENT INFRINGEMENT                                                                  PAGE | 5

16. Burlington stores items the user views during his browsing sessions and shows them in 'Recently viewed' section. As shown in the evidence here, Desks, the user views from the Mens Activewear page ("a particular web page"), they are added in 'Recently viewed items section', thus Burlington stores "a history of hyperlinks selected by the user from a webpage."



https://www.burlington.com/b/mens-activewear-63236.aspx



https://www.burlington.com/b/mens-activewear-63236.aspx

17. Burlington is operable to determine "a plurality of hyperlinks" from the stored history of hyperlinks. Each hyperlink corresponds to a respective web page. As shown in the evidence, each item in 'Recently viewed' section corresponds to a hyperlink and the hyperlink corresponds to a respective webpage of the Jacket.



18.     As shown in the evidence, when the user revisits the Mens Activewear web page at 11:56 AM, Burlington's website shows the Mens Activewear Page in "a first area" and the Clothes that the user browsed in previous session (at 11:06 AM) are shown in 'Recently viewed' section " a second area".

New Browsing Session:







19.     Burlington website shows the Corners Desk page in "a first area."



20.     Burlington have "Recently viewed items" section referred as "second area" which provides the Clothes browsed by the user. Each Item in 'Recently viewed items' section corresponds to a respective hyperlink.

COMPLAINT FOR PATENT INFRINGEMENT                                                                   PAGE | 10



21. Each Desk in 'Recently viewed' section is presented as thumbnail ("a reduced size image") which corresponds to a respective hyperlink.



22. The Burlington sight displays the links in order of when the product was view (e.g. the most recent link viewed is displayed on first location and the linked viewed previous to the most recent link is displayed to the right of said most recent link).





23.    Browse3D has been damaged by Defendant's infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1.    declaring that the Defendant has infringed the '897 Patent;

2.    awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '897 Patent;

3.    awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4.    granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: February 20, 2020          Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
106 E. Sixth Street, Suite 900
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF BROWSE3D LLC**